Xiaolang Li, Plaintiff-Appellant, 
against
Darryl Wu, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Anthony Cannataro, J.), entered October 4, 2017, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Anthony Cannataro, J.), entered October 4, 2017, affirmed, without costs.
The trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's action (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the conclusion that plaintiff failed to establish any basis to impose liability on defendant dentist resulting from plaintiff's insurer's delays in the preapproval process for coverage. Nor did plaintiff, who made no payment to defendant, establish any basis for the damages he requested. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 14, 2019